JOHN R. VUNK et al., Copartners, Practicing Law under the Name of VUNK & CARLETON, Appellants, v. NORMAN W. ROE, Respondent.—

That the sum of $40,000 was allowed pursuant to order of the Surrogate's Court of Suffolk County is conceded and is a matter of public record; and it is undisputed that such sum was actually received by plaintiffs. There is no need for an examination to establish such facts. Close, P. J., Hagarty, Johnston, Adel and Lewis, JJ., concur.

In the Matter of HAZEL MULLER, an Alleged Incompetent Person. MARIE KATZ et al., Appellants; MAY STEERS et al., as Committee of HAZEL MULLER, et al., Respondents.—

Close, P. J., Carswell, Johnston, Taylor and Lewis, JJ., concur.

(February 2, 1943.)

THE PEOPLE OF THE STATE OF NEW YORK ex rel. CATHERINE VOLPE, Appellant, against SUPERINTENDENT OF THE HOUSE FOR THE DETENTION OF WOMEN, Respondent.—

Hagarty, Johnston, Adel, Taylor and Lewis, JJ., concur.